**MAKE CHECKS PAYABLE TO:**
VEHICLE PURCHASED  U.S. ROUTE ONE, P.O. BOX 2004, LANGHORNE, PA 19047-2004 Inc.  VEHICLE TRADED / PURCHASED FROM LESSEE

| Buyers Phone No: (302) 678-5745 | Date: 7/8/02 | Year | Make/Model/Body Style/Color |
|---|---|---|---|
| Buyers E-Mail Address | | | |
| Buyer: ALICE A. HOWELL & BURL A. HOWELL | | TITLE IN: Yes ☐ No ☐ Reason: | |
| Lessee: | | | |
| Address: 5 Woods Drive | | | |
| Apt #: | County: KENT | TITLE IN: Yes ☐ No ☐ Reason: | |
| City: DOVER | State: DE | Zip Code: 19901 | |

### TERMS AND CONDITIONS

1. **No Insurance.** This contract does not include insurance for bodily injury or property damage or other insurance of any kind. Buyer has sole responsibility for obtaining all insurance that may be necessary or desirable. Seller makes no representations or warranties concerning insurance matters.

2. **Buyers Representations / Agreements about Trade-in.** Until Buyer delivers the trade-in to Seller's location, title to the trade-in and all responsibility for its operation will remain with the Buyer. Buyer represents and warrants that (a) the trade-in is not a salvage vehicle and has not been damaged by fire, flood, water or ice; (b) the title is not Branded and is free of all title defects; (c) it does not have a damaged frame or damaged motor block; (d) at time of delivery to the Seller, it will be substantially the same condition as at the date of this contract, and (e) Buyer has good title to the vehicle. Buyer will deliver evidence of good title when the trade-in is delivered to the Seller, subject to no liens, except liens disclosed by the Buyer to the Seller. Buyer agrees that any lien payoff may be deducted from the Gross Trade Allowance shown on this contract. If the lien payoff is more than the allowance, Buyer agrees to pay any excess.

3. **Trade Allowance.** A trade-in vehicle will be appraised when it is delivered. If the appraisal is less than any trade allowance stated in this contract, Buyer may cancel this contract and receive a full refund.

4. **New Vehicle Warranty.** A manufacturer limited warranty will be delivered to Buyer with any vehicle sold as new. No other warranty will be delivered. SELLER MAKES NO WARRANTY OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OR ANY OTHER WARRANTIES, WRITTEN OR ORAL, EXPRESS OR IMPLIED, OF ANY KIND.

5. **Used Vehicle - AS IS - NO WARRANTY.** Any vehicle sold as used is sold AS IS, WITH ALL FAULTS AND DEFECTS, and WITHOUT ANY WARRANTY OF ANY KIND, unless a written used car limited warranty is delivered to Buyer. BUYER CONFIRMS THAT BUYER HAS HAD AN OPPORTUNITY TO EXAMINE THE VEHICLE AS FULLY AS BUYER DESIRES. Except to the extent, if any, covered by a written limited used car warranty, BUYER MUST PAY ALL COSTS FOR ANY REPAIRS and Buyer assumes all risks of any mechanical failure or defect.

6. **Cash Reporting.** By Federal Law, cash payment over $10,000 requires a social security or employer identification number.

210659    TURN PAGE OVER FOR ADDITIONAL TERMS AND CONDITIONS

| Year: 2002 | Make: Chevrolet | Car Color: Millenium Yellow |
|---|---|---|
| Model and Body Style: Corvette Coupe 5-spd | | Stock No: V21131 |
| Serial No: G1YY22G425131132 | Odometer: ? | |
| (New) | Floor Price | $ 44,385.00 |
| INT APR | | 0.00 |

| | | |
|---|---|---|
| Adjusted Price of Vehicle | $ | 44,385.00 |
| Gross Trade Allowance | $ | |
| XXXXXXXXX  Discount | | -2,547.00 |
| Subtotal (1) | $ | 41,838.00 |
| Taxable Rebate Amount | $ | |
| Taxable Amount | $ | 46,208.40 |
| DE @ 2.75 % Sales Tax (2) | $ | 1,285.30 |
| Luxury Tax (3) | $ | 202.14 |
| Title / Tag / Transfer / (4) Notary Fee | $ | 175.00 |
| Messenger Service $2 to New Tire Fee Trade Payoff Fee | $ | 5.00 |
| Total (includes items 1,2,3,4,5 as applicable) | $ | |

**TYPE OF DEPOSIT**

| Cash | Check |
|---|---|
| $ | $ |

Date: 7/8/02  By: YAZMINE ALCAREAN
Amt. Rec. on Delivery: CASH $ | CHECK $2,000.00
Type Del: (Circle One) Cash  HL  OR  Finance Amt $

BUYER HAS GIVEN SPECIAL ATTENTION TO TERMS AND CONDITIONS #2, #4 AND #5 ABOVE. BUYER UNDERSTANDS THESE PROVISIONS FULLY.
Buyer has received a signed copy of this contract. Buyer intends to be legally bound.

Buyer: X /s/ Alice Howell
Buyer: /s/ Burl Howell

| Amt. Rec. on Delivery | CASH $ | CHECK $ |
|---|---|---|
| HC | Reviewed By | |
| Temp Tag No: 124713 | A/C | S/C |

Pay-off Check No: _____ Date: _____
Amount $ _____ Co. _____
Salesperson: Eric Anderson  No: 121

Rec'd Change: Ck / Cash  Amt $  Signature:

314

Rev. 8/01    RZ-134

PROCESSING COPY