Burl A. Howell  
Alice A. Howell

1128 Osceola Rd.  
Drumore, PA 17518  
Phone: 717-548-2872

April 18, 2005



Clerk of Court  
U.S. District Court  
Lockbox 18  
844 N. King Street  
Wilmington, DE 19801

Re: <u>NuCar Connection, Inc. v. Alice A. Howell, Burl A. Howell</u>, C.A. No. 05-210

Dear Clerk,

    Please find enclosed an original and 1 copy of <u>Defendants' Motion To Strike</u> with certificate of service to Plaintiff's counsel. Please file same.

Thank you,

_____ and _____  
Burl A. Howell            Alice A. Howell

<u>Certificate of Service</u>

    We hereby certify on this 18th day of April, 2005, that a copy of the foregoing was mailed, first-class postage prepaid, to Douglas A. Shachtman, Esquire, Suite 302, 1200 Pennsylvania Ave., Wilmington, DE 19806.

_____ and _____  
Burl A. Howell            Alice A. Howell