Security Agreement - Delaware M...

| Buyer (and Co-Buyer) Name and Address (Include County and Zip Code) | Creditor (Seller Name and Address) |
|---|---|
| ALICE ROWELL<br>5 WOODS DRIVE<br>DOVER DE 19901 | NUCAR CONNECTION, INC.<br>174 N. DUPONT HWY.<br>NEW CASTLE DE 19720 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

Description of Vehicle. You agree to buy and the Seller agrees to sell the following vehicle:

| New or Used | Year | Make and Model | Body Type | Vehicle Identification No. | Use for Which Purchased |
|---|---|---|---|---|---|
| NEW | 2002 | CHEVROLET CORVETTE | HARDTOP | 1G1YY12S425127008 | |

If truck—Describe body and major items of equipment sold: _____ Length and Description _____

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The Cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your downpayment of $ 2279.00 is |
|---|---|---|---|---|
| 11.99 % | $ 16395.50 | $ 49035.10 | $ 65430.60 | $ 67709.60 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows |
|---|---|---|---|
| 60 | 1090.51 | Monthly beginning 05/15/02 | |

**LATE PAYMENT:** If a payment is 10 days late, you will be charged 5% of the payment or $15.00, whichever is less.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**SECURITY:** You are giving a security interest in the goods or property being purchased.
☐ other (describe) _____
**ASSUMPTION:** Someone buying your vehicle may not assume the remainder of your obligation on its original terms.
**Additional Information:** See the other side of this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and security interest.

**ITEMIZATION OF AMOUNT FINANCED**
1 Cash Price (including any accessories, services, and taxes, and does not include any Finance Charge(s)) ............ $ 50370.00 (1)
2 Total Downpayment
  A. Cash and Rebate(s): .............................................................. $ 2279.00 (2a)
  B. Trade – In (Year, Make and Model) 2001 FORD MUSTANG
  C. Value of Trade – In ............................................................... $ 56500.00 (2b)
  D. Lien payoff  Paid to: _____
     Amount: ........................................................ $ 56500.00 (2c)
  If a balance is still owing on the Trade - In, the Seller will pay off this amount on Buyer's behalf, and the Buyer warrants that the Trade - In is free from any lien, claim, encumbrance, attachment or security interest, except as noted in this Item 2. Buyer is responsible for any other amounts due or owing to any creditor needed to obtain title to the Trade - In free and clear of any such claims.
3 Unpaid Balance of Cash Price and Downpayment [1 minus 2(a) minus 2(b) plus 2(c)] ................ $ 48091.00 (3)
4 Other Charges Including Amounts Paid to Others on Your Behalf: +++  (enter if paid in cash) (enter if financed)
  * A Cost of Required Property Damage Insurance Paid to the Company Named
    Below–Covering Damage to the Vehicle ........................ $ N/A  $ N/A
  ** B Cost of Optional Mechanical Repair Insurance Paid to The Insurance Company Noted In This Item 4B
    Paid To: _____ $ N/A  $ N/A
  *** C Cost of Optional Credit Insurance for the Term of this Contract  $ N/A  $ N/A
    _____ Life $ N/A Disability, Accident and Health $ N/A  $ N/A  $ N/A
  D Official Fees Paid to Government Agencies  DOC FEE  $ N/A  $ 478.00
  E Taxes Not Included in Cash Price  (includes F.L.E.T)  $ N/A  $ 311.10
  F License and/or Registration Fees (Itemize) ............................ $ N/A  $ N/A
  G Certificate of Title Fees ........................................................... $ N/A  $ N/A
  **** H Cost of Optional GAP Coverage  95.00
    Paid To: _____ $ N/A  $ N/A
  I Other Charges (Seller must identify who will receive payment and describe purpose)
    to NUCAR CONNECTION, INC. for DOC PREPARATION CHARGE  $ N/A  $ 60.00
    to _____ for _____ $ N/A  $ N/A
    to _____ for _____ $ N/A  $ N/A
Total Other Charges and Amounts Paid to Others on Your Behalf .......... $ 944.10 (4)
5 Amount Financed–Unpaid Balance (amount of credit you will get) (3 + 4) ................ $ 49035.10 (5)

EXHIBIT A (PAGE 1)

| | | | |
|---|---|---|---|
| F License and/or Registration Fees (Itemize) | | $ N/A | $ ...... |
| G Certificate of Title Fees | | $ N/A | $ 95.00 |
| H Cost of Optional GAP Coverage | | | |
| Paid To: _____ | | $ N/A | $ N/A |
| I Other Charges (Seller must identify who will receive payment and describe purpose) | | | |
| to _____ | for _____ | $ N/A | $ N/A |
| to NUCAR CONNECTION, INC. | for DOC PREPARATION CHARGE | $ N/A | $ 60.00 |
| to _____ | for _____ | $ N/A | $ N/A |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ N/A | $ 944.10 (4) |
| Amount Financed–Unpaid Balance (amount of credit you will get) (3 + 4) | | | $ 49035.10 (5) |

Insurance. If any insurance is checked below, you agree to pay the premiums and the policies or certificates issued by the Companies named will describe the terms and conditions.

**Required Physical Damage Insurance.** Physical damage insurance is required, but you may obtain it from anyone you want who is acceptable to the Creditor. The cost of this insurance is shown in 4A of the Itemization above.

Insurance Company ___ N/A ___ Term: ___ N/A ___ months
☐ $ ___ N/A ___ Deductible Collision and either:
☐ Full Comprehensive including Fire, Theft and Combined Additional Coverage
☐ $ ___ N/A ___ Deductible Comprehensive including Fire, Theft and Combined Additional Coverage
☐ Fire, Theft and Combined Additional Coverage
Optional, if desired - ☐ Towing and Labor costs   ☐ Rental Reimbursement
☐ Electronic Equipment

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT REQUIRED BY SELLER. IT IS NOT INCLUDED AS A PART OF THE TRANSACTION** unless this block is checked ☐ and a premium therefor quoted above in "other charges."

**\*\*Optional Mechanical Repair Insurance.** The cost of this insurance is shown in 4B of the Itemization above.

Insurance Company ___ N/A ___
Term: ☐ 36 months or 36,000 miles, whichever occurs first
Term: ☐ _____
☐ $25 Deductible ☐ $50 Deductible ☐ $ ___ N/A ___ Deductible

**\*\*\*GAP Debt Cancellation Insurance.** GAP Debt Cancellation insurance is not required to obtain credit and will not be provided, unless you sign for it and agree to pay the additional cost. If you qualify for and want this insurance, check the insurance desired and sign below. If you have chosen GAP Debt Cancellation Insurance, the cost is shown in 4H above.

Name of Insurer _____
Home Office Address _____

**\*\*\*Optional Credit Insurance.** Credit life insurance and credit disability insurance are not required to obtain credit and will not be provided unless you sign for them and agree to pay the additional cost. If you qualify for and want this insurance, check the insurance desired and sign below. If you have chosen this insurance, the cost is shown in 4C of the Itemization above.

Check the insurance desired:
☐ Life (Buyer ☐ Co-Buyer ☐ Both ☐)
☐ Disability, Accident and Health (Buyer ☐ Co-Buyer ☐)
☐ GAP (Buyer and Co-Buyer)

Name of Insurer _____
Home Office Address _____
This policy will pay your debt on this contract up to $ ___ N/A ___
Total policy coverage for this and any other contracts is limited to $ ___ N/A ___

Buyer Signature _____ Date _____   Co-Buyer Signature _____ Date _____

**NOTICE TO BUYER**
(1) Do not sign this contract before you read it or if it contains any blank space; (2) you are entitled to an exact copy of the contract you sign; (3) you are entitled to a completely filled in copy of this contract; (4) under the law, you have the right to pay off in advance the full amount due.

Buyer acknowledges: that all products and services have been satisfactorily delivered and performed; receipt of an exact copy of this contract signed by seller.

You signed this Contract and received a copy on ___ APRIL 15th 2002 ___ Date

Creditor _____
Accepted and this contract is hereby assigned by Seller to Wilmington Trust Company in accordance with the terms of the assignment on the reverse side hereof.
By _____ (Signature and Title)
Seller: NUCAR CONNECTION, INC.

You agree to pay the AMOUNT FINANCED plus the FINANCE CHARGE (TOTAL OF PAYMENTS) according to your payment schedule set forth above and any additional charges or fees provided for in this contract at any office of WILMINGTON TRUST COMPANY in Delaware. This is a Simple Interest Rate Contract.

NOTICE: The amount of the final installment in the Disclosure is calculated on the assumption that the installment payments will be made on the exact dates shown in your Payment Schedule. Early payments will reduce the amount and late payments will increase it. Any FINANCE CHARGE accrual by reason of late payment shall be payable in addition to and contemporaneously with the last scheduled installment.

PROPOSED CREDIT LIFE INSURANCE: If such premium is included above, reducing term insurance, not to exceed the Total of Payments, expiring on the original maturity date of this contract, with any proceeds to be applied to the unpaid balance, is subject to acceptance by insurer. If not furnished herewith, the insurer's certificate or policy containing the terms of such insurance will be delivered to you within 30 days.

You and Seller agree that the "OTHER IMPORTANT AGREEMENTS" printed on the reverse side of this contract are incorporated by reference and are a part of this contract. You understand and acknowledge that the initial Creditor may be retaining a portion of these amounts.

_____ (SEAL)   04/15/02
(Buyer sign here)         (Date)

_____ (SEAL)
WILMINGTON TRUST COMPANY
(Co-Signer)*   (Date)
*If this contract is signed by a Co-signer, Co-signer also hereby acknowledges that he/she has read and understands Notice to Co-signer on reverse side.

_____ (SEAL)
(Co-Buyer sign here)   (Date)

Original — _____   Yellow — Dealer   Pink — Customer   Gold — Dealer

[Stamp: PAID MAY 28 2002 WILMINGTON TRUST COMPANY]

EXHIBIT A (PAGE 2)

**Ownership and Risk of Loss.** You agree to pay under this contract even if the vehicle is damaged, destroyed or missing. You agree not to sell, transfer, or remove the vehicle from the State of registration without the Creditor's written permission. You agree to do everything to protect Creditor's interest in the vehicle and any lease, sale, or other transfer by you of the vehicle will be deemed to be your intentional violation of, inter alia, 11 Del. Code Section 891. You agree not to expose the vehicle to misuse or confiscation. You agree not to use the vehicle for hire. You will make sure the Creditor's security interest (lien) on the vehicle is shown on the title. If the Creditor pays any repair bills, storage bills, taxes, fines, or other charges on the vehicle, you agree to repay the amount when the Creditor asks for it.

**Payments.** Payments may be made at any office of the Wilmington Trust Company and will be applied first to late charges and other fees or charges, if any, then to the accrued finance charges and then to principal.

**Security Interest.** You are giving the Creditor a security interest in the vehicle purchased and any accessories, equipment and replacement parts installed in the vehicle. The security interest also covers the
(1) insurance premiums and charges for service contracts returned to Seller
(2) proceeds of any GAP insurance policies, other insurance policies, or service contract on the vehicle and
(3) proceeds of any insurance policies on your life or health purchased under this contract.

You hereby assign to holder all premium refunds and all monies payable under such insurance, but not in excess of the unpaid balance hereunder, and direct any insurer, or any other party liable for loss or damage to the property, to make payment direct to holder, and appoints holder as Attorney-in-Fact to endorse any draft or to execute any proofs or releases in the name of Buyer in connection therewith. Insurance proceeds shall be applied to replacement or repair of the property or to the unpaid total of payments at the option of the holder. This secures payment of all amounts you owe in this contract and in any transfer, renewal, extension or assignment of this contract. It also secures your other agreements in this contract.

**Waiver of Security Interest.** If you have, by this contract, given Creditor a security interest in any personal property used by you as your principal residence, (for example: mobile homes, houseboats, yachts), Creditor waives any security interest in that residence with respect to all other debts you may now owe or may subsequently owe to Creditor.

**Required Physical Damage Insurance.** You agree to have physical damage insurance covering loss or damage to the vehicle for that term of this contract naming the creditor as the loss payee. At any time during the term of this contract, if the Creditor believes you do not have physical damage insurance which covers both the interest of you and the Creditor in the vehicle, then the Creditor may buy it for you. If the Creditor does not buy physical damage insurance which covers both interests in the vehicle, it may, if it decides, buy insurance which covers only the Creditor's interest. You agree to deliver the policies to the Creditor on request.

The Creditor is under no obligation to buy any insurance, but may do so if it desires. If the Creditor buys either of these coverages, it will let you know what type it is and the charge you must pay. The charge will consist of the cost of the insurance and a finance charge, at the rate of this contract. You agree to pay the charge in equal installments along with the payments shown on the payment schedule.

If the vehicle is lost or damaged, you agree that the Creditor can use any insurance settlement either to repair the vehicle or to apply to your debt.

**Late Charge.** If a full payment is not received by the Creditor before the eleventh day after such payment is due, you will have to pay a late charge on each payment. The charge is shown on the front. You must also pay any cost paid by the Creditor to collect any late payment. Acceptance of a late payment or late charge does not excuse your late payment or mean that you can keep making payments after they are due. The Creditor may also take the steps set forth below if there is any late payment.

**Optional Insurance or Service Contracts.** This contract may contain charges for optional insurance or service contracts. If the vehicle is repossessed, you agree that the Creditor may claim benefits under these contracts and terminate them to obtain refunds for unearned charges.

**Insurance or Service Contract Charges Returned to Creditor.** If any charge for required insurance is returned to the Creditor, it may be credited to your account or used to buy similar insurance or insurance which covers only the Creditor's interest in the vehicle. Any

allowed by law. In figuring what you owe, the Creditor will give you a refund of part of the Finance Charge figured the same as if you had prepaid in full.

**Repossession of the Vehicle for Failure to Pay or Other Default.** Repossession means that, if you fail to pay according to the payment schedule, or if you break any of the agreements in this contract (default), or fail to pay any other debt you owe the Creditor, the Creditor can take the vehicle from you. To take the vehicle the Creditor can enter your property, or the property where it is stored, so long as it is done peacefully. If there is any personal property in the vehicle in which the Creditor does not have a security interest, such as clothing, the Creditor may take such property without liability and store it for you. The Creditor will dispose of this personal property if you do not claim it within thirty (30) days after the vehicle is repossessed. Any accessories, equipment or replacement parts will remain with the vehicle.

**Getting the Vehicle Back After Repossession.** If the Creditor repossesses the vehicle you have the right to get it back (redeem) by paying the entire amount you owe on the contract (not just past due payments) plus any late charges, the cost of taking and storing the vehicle and other expenses that the Seller or the Creditor has had. Your right to redeem will end when the vehicle is sold.

**Sale of the Repossessed Vehicle.** The Creditor will send you a written notice of sale at least 10 days before selling the vehicle. If you do not redeem the vehicle by the date on the notice, the Creditor can sell it. Your right to redeem will end when the vehicle is sold. The Creditor will use the net proceeds of the sale to pay all or part of your debt.

The net proceeds of sale will be figured this way: Any late charges and any charges for taking and storing the vehicle, cleaning and advertising etc., and any attorney fees and court costs will be subtracted from the selling price.

If you owe the Creditor less than the net proceeds of sale, the Creditor will pay you the difference, unless required to pay it to someone else. For example, the Creditor may be required to pay a lender who has given you a loan and also taken a security interest in the vehicle.

If you owe more than the net proceeds of sale, you will pay the Creditor the difference between the net proceeds of sale and what you owe when the Creditor asks for it. If you do not pay this amount when asked you may also be charged interest at the rate of this contract until you do pay all you owe to the Creditor.

**Collection Costs.** If the Creditor hires an attorney to collect what you owe, you will pay the attorney's reasonable fee and any court costs. The attorney's fee will not exceed 15% of the amount that you owe.

**Delay in Enforcing Rights and Changes of this Contract.** The Creditor can delay or refrain from enforcing any of its rights under this contract without losing them. For example, the Creditor can extend the time for making some payments without extending others. Any change in terms of this contract must be in writing and signed by the Creditor. No oral changes are binding. If any part of this contract is not valid, all other parts will remain enforceable.

**WARRANTIES SELLER DISCLAIMS. YOU UNDERSTAND THAT THE SELLER IS NOT OFFERING ANY WARRANTIES AND THAT THERE ARE NO IMPLIED WARRANTIES OF MERCHANTABILITY OF FITNESS FOR A PARTICULAR PURPOSE, OR ANY OTHER WARRANTIES, EXPRESS OR IMPLIED BY THE SELLER, COVERING THE VEHICLE UNLESS THE SELLER EXTENDS A WRITTEN WARRANTY OR SERVICE CONTRACT WITHIN 90 DAYS FROM THE DATE OF THIS CONTRACT.**

**AN IMPLIED WARRANTY OF MERCHANTABILITY GENERALLY MEANS THAT THE VEHICLE IS FIT FOR THE ORDINARY PURPOSE FOR WHICH SUCH VEHICLES ARE GENERALLY USED. A WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE IS A WARRANTY THAT MAY ARISE WHEN THE SELLER HAS REASON TO KNOW THE PARTICULAR PURPOSE FOR WHICH YOU REQUIRE THE VEHICLE AND YOU RELY ON THE SELLER'S SKILL OR JUDGMENT TO FURNISH A SUITABLE VEHICLE.**

**THIS PROVISION DOES NOT AFFECT ANY WARRANTIES COVERING THE VEHICLE WHICH MAY BE PROVIDED BY THE VEHICLE MANUFACTURER.**

**Rights of Creditor's or Seller's Assignee.** Whenever the term Creditor or Seller is used in this contract, it includes Creditor's or Seller's Assignee. All rights of the Creditor or Seller under this contract and in the vehicle shall pass to and may be exercised by its Assignee.

**Late Charge.** If a full payment is not received by the eleventh day after such payment is due, you will have to pay a late charge on each such payment. The charge is shown on the front. You must also pay any cost paid by the Creditor to collect any late payment. Acceptance of a late payment or late charge does not excuse your late payment or mean that you can keep making payments after they are due. The Creditor may also take the steps set forth below if there is any late payment.

**Optional Insurance or Service Contracts.** This contract may contain charges for optional insurance or service contracts. If the vehicle is repossessed, you agree that the Creditor may claim benefits under these contracts and terminate them to obtain refunds for unearned charges.

**Insurance or Service Contract Charges Returned to Creditor.** If any charge for required insurance is returned to the Creditor, it may be credited to your account or used to buy similar insurance or insurance which covers only the Creditor's interest in the vehicle. Any refund on optional insurance or service contracts obtained by the Creditor will be credited to your account.

Credits to your account will include the amounts received by the Creditor. These credits will be applied to as many of your installments as they will cover, beginning with the final installment. You will be notified of what is done.

**Required Repayment in Full Before the Scheduled Date.** If you fail to pay any payment according to the payment schedule; if a proceeding in bankruptcy, receivership or insolvency is started by you or against you or your property; or if you break any of the agreements

AN IMPLIED WARRANTY OF MERCHANTABILITY GENERALLY MEANS THAT THE VEHICLE IS FIT FOR THE ORDINARY PURPOSE FOR WHICH SUCH VEHICLES ARE GENERALLY USED. A WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE IS A WARRANTY THAT MAY ARISE WHEN THE SELLER HAS REASON TO KNOW THE PARTICULAR PURPOSE FOR WHICH YOU REQUIRE THE VEHICLE AND YOU RELY ON THE SELLER'S SKILL OR JUDGMENT TO FURNISH A SUITABLE VEHICLE.

THE PROVISION DOES NOT AFFECT ANY WARRANTIES COVERING THE VEHICLE WHICH MAY BE PROVIDED BY THE VEHICLE MANUFACTURER.

**Rights of Creditor's or Seller's Assignee.** Whenever the term Creditor or Seller is used in this contract, it includes Creditor's or Seller's Assignee. All rights of the Creditor or Seller under this contract and in the vehicle shall pass to and may be exercised by its Assignee.

**Governing Law.** This Agreement is entered into in the State of Delaware and shall be construed under and be governed by the laws of the State of Delaware including specifically 5 Del. Code Chapter 29. If permitted by law, you also agree to waive your right to a jury trial in any action arising under this Agreement.

**Entire Agreement.** This Agreement contains all the terms, conditions and provisions agreed upon by the parties and no changes shall be made unless in writing and duly executed by the parties in the same form and manner as this Agreement. The invalidity of any portion of this Agreement shall not affect the remaining portions.

---

**Notice to Co-signer.** You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs, which increase this amount.

The creditor can collect this debt from you without first trying to collect from the borrower. The creditor can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become a part of *your* credit record.

---

IF THIS CONTRACT INVOLVES THE SALE OF A USED VEHICLE SUBJECT TO THE FTC USED MOTOR VEHICLE TRADE REGULATION RULE, THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use and applies only to the transaction set forth in this contract. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

### DEALER'S AGREEMENT

All of Seller's right, title and interest in and to the contract on both sides hereof, the amounts due and to become due thereon and to the property referred to therein are hereby, for value received, sold, assigned and transferred to the Wilmington Trust Company pursuant to the terms of a Dealer Conditional Sale Contract Purchase Agreement, as amended, between us. In addition to all warranties as set forth in the Uniform Commercial Code of the State of Delaware, Seller warrants the contract and guarantee, if any, to be genuine, the property is as represented to the Buyer named therein; the contract was complete in all respects and that Seller made all disclosures required by law prior to its execution by Buyer; the cash portion of the down payment is actual cash and no notes, loan, postdated check, or other form of deferred obligation is taken in connection with such down payment; all statements made by Buyer or on Buyer's behalf and furnished to Wilmington Trust Company by Seller are true to the Seller's best knowledge and belief; the security interest has been or will be perfected promptly providing a valid non-voidable first lien or encumbrance for the benefit of Wilmington Trust Company; there are no circumstances, offsets or counterclaims which will impair the contract's validity or value and a copy of this contract signed by the Seller had been given to the Buyer and to all persons entitled by law to such a copy.

If any of the foregoing warranties shall be untrue, Seller shall repurchase the property and/or contract which is the subject matter of this assignment from Wilmington Trust Company upon demand, and shall pay therefor the amount owing thereon plus any and all costs and expenses paid or incurred by Wilmington Trust Company in respect thereto. Seller further agrees to indemnify holder, its successors and assigns, against losses, damages or expenses (including attorney's fees) sustained by reason of any right of agreement or defense which Buyer has or may assert against Seller or holder.

---

### DEALER'S GUARANTY

In consideration of the purchase of this contract, the undersigned guarantees to the holder the prompt payment, on demand, of all amounts owed under this contract. Undersigned waives notice of acceptance hereunder and defaults under the contract and consents that the holder may, without releasing our liability, grant extensions of time for payment and release any rights.

---

Dealer _____

Corporation, Individual or Firm Name

EXHIBIT A (PAGE 4)