| | | |
|---|---|---|
| **Statement of Credit Denial, Termination, or Change** |  **WILMINGTON TRUST** | Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001 |

April 15, 2002

ALICE A HOWELL  
5 WOODS DRIVE  
DOVER, DE 19901

Source: 1715  
Product Type: 0000  
Application ID: 69123

Thank you for your credit application, submitted on your behalf by Nucar Connection - 1715. After careful consideration, we regret to inform you that we are unable to approve your request for $53,035.00 for 72 months at this time.
However we can offer you $49,000.00 for 60 months. If this counter-offer is acceptable to you, please notify us within 20 days of the date of this letter.

> The principal reason(s) for Adverse Action Concerning Credit are indicated below:
> Down payment is insufficient
> Insufficient equity for loan amount requested
> We cannot finance your loan for the term requested

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have the right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Trans Union 2 Baldwin Place P. O. Box 1000 Chester, PA 19022-0000 800-888-4213

Thank you for the opportunity to consider your request.

Sincerely,

T E Mullins  
Credit Administrator

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is: The Regional Director, Federal Deposit Insurance Corporation, 452 Fifth Avenue, 21st Floor, New York, New York 10018.

EXHIBIT B

FROM : DOUGLAS A SHACHTMAN          FAX NO. :                    Oct. 30 2002 04:05PM  P10

#3



# WILMINGTON TRUST
## AND
## BRANDYWINE FINANCE LEASING
### DEALER CREDIT DECISION TRANSMITTAL

**Wilmington Office**
Rodney Square North
1100 North Market Street
Wilmington, DE 19801
Phone: (302)636-6905
          (800)642-9481
Fax:    (302)636-6977
          (800)262-5701

**Harrington Office**
Post Office Box 89
Clark and Hanley Streets
Harrington, DE 19952
Phone: (302)735-2094

          (800)599-0276 Pa.
Fax:   (302)735-2099
          (800)635-8792

To: Nucar Connection - 1715
From: T Mullins
Applicant: ALICE HOWELL
App ID#: 69123

Year: 2002
New - Used - Demo:  New
Make: CHEVY

Decision Date & Time: 04/15/2002  11:35AM

## COUNTEROFFER

Amount Requested:    $53,035.00    Term Requested:    72
Amount Financed:     $49,000.00    Term Approved:     60

**Reasons for Counteroffer**          $49,035.

Down payment is insufficient
Insufficient equity for loan amount requested
We cannot finance your loan for the term requested

*Notice of Adverse Action will be sent to the customer within 10 days of this decision. Thank You for permitting us to service your request.*

**Decision Comments**

TIER 4 PLUS X % COUNTEROFFER

O.K.  Tim   4-16-02
              4:28 pm

47

EXHIBIT C



**WILMINGTON TRUST**

ALICE HOWELL
5 WOODS DR
DOVER DE 19901

APRIL 25, 2002

Dear Valued Customer:

Thank you for choosing Wilmington Trust for your borrowing needs. In approximately three weeks, you will receive a coupon book for your new installment loan account. When your new coupon book arrives, please use the coupons to make your monthly payments.

Important information about your new loan is shown below.

| Installment Loan Account Number | Monthly Payment | First Payment Due Date |
|---|---|---|
| 87620204 | $1090.51 | 05/15/02 |

If you do not receive your coupon book prior to your first payment due date, please mail your payment with your account number clearly identified on your check to: Wilmington Trust Company, P.O. Box 15503, Wilmington, DE 19850-5503.

Your insurance certificate is enclosed if you have elected to receive credit life or disability insurance, unless you obtained your insurance through a dealership.

If you have any questions regarding your new installment loan, the status of your coupon book, or if you would like more information about our other services, please call our Financial Services Center at 1-800-523-2378 Monday through Friday 7 a.m. to 10 p.m. and Saturday 9 a.m. to 1 p.m.

We appreciate the opportunity to serve you and look forward to our continued relationship.

Sincerely,

John C. Castle

Vice President
Personal Finance

WILMINGTON TRUST COMPANY   RODNEY SQUARE NORTH   1100 NORTH MARKET STREET   WILMINGTON DE 19890-0001

EXHIBIT D