IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NUCAR CONNECTION, INC.,           )
                                  )
          Plaintiff,              )
                                  )
     v.                           )          Civil Action No. 05-210 GMS
                                  )
ALICE A. HOWELL and               )
BURL A. HOWELL,                   )
                                  )
          Defendants.             )

## ORDER

WHEREAS, on May 5, 2003, NuCar Connection, Inc. ("NuCar") filed a second amended

complaint in the Court of Common Pleas for New Castle County[1];

WHEREAS, Alice A. Howell and Burl A. Howell (collectively, the "defendants") filed an

answer to the second amended complaint on May 22, 2003;

WHEREAS, on April 11, 2005, the defendants filed a Notice of Removal (D.I. 1) with the

court;

WHEREAS, on April 13, 2005, NuCar filed an answering Motion to Deny Removal (D.I.

2), which the court will construe as a motion to remand;

WHEREAS, NuCar's motion requests attorney's fees, asserting that the Notice of Removal

is "patently frivolous";

WHEREAS, 28 U.S.C. § 1446(b) provides that "[t]he notice of removal of a civil action or

proceeding shall be filed within thirty days after the receipt by the defendant, through service or

---

[1] NuCar filed its initial complaint against Alice A. Howell on August 27, 2002.  NuCar filed an amended complaint on December 6, 2002, adding Burl A. Howell as a defendant.  On May 2, 2003, the Court of Common Pleas for New Castle County granted NuCar's motion to file a second amended complaint.

otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . . If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable";

WHEREAS, after having considered the parties' submissions (D.I. 1, 2) and 28 U.S.C. 1446(b), the court concludes that the defendants Notice of Removal is not timely; and

WHEREAS, the court also concludes that an award of attorney's fees to the defendants is not warranted;

IT IS HEREBY ORDERED that:

1. The plaintiff's Motion to Deny Removal (D.I. 2) is GRANTED.

2. This case shall be remanded to the Court of Common Pleas for New Castle County, Delaware.

3. The plaintiff's request for attorney's fees is DENIED.

Dated: April 26, 2005

UNITED STATES DISTRICT JUDGE