NUCAR CONN-CHEV JIM MYERS

GMAC Credit Sale/Lease Application 2 5 1

**APPLICANT COMPLETES THIS SECTION**

| Field | Entry |
|---|---|
| LAST NAME OR BUSINESS NAME | HOWELL |
| DATE OF BIRTH (MMDDYY) | 06 / 11 / 46 |
| FIRST NAME | ALICE |
| MI | A |
| SOCIAL SECURITY NUMBER or (TAX ID #) | 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 |
| CURRENT STREET NUMBER | 05 |
| CURRENT STREET NAME (MAILING ADDRESS) | WOODS DRIVE |
| PO BOX NUMBER | |
| CITY | DOVER |
| STATE | DE |
| ZIP CODE | 19901 |
| (AREA CODE) HOME PHONE | 302 - 678 - 5945 |
| Own / Rent / Other / Family | ✓ Own |
| MTG PAYMENT OR RENT | 0 |
| TIME AT ADDRESS | 9 yrs |
| EMPLOYED BY or TYPE OF BUSINESS (if business application) | HILLSIDE MOTEL |
| OCCUPATION | OWNER |

Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

| Field | Entry |
|---|---|
| (AREA CODE) BUSINESS PHONE | 610 - 459 - 9796 |
| GROSS ANNUAL INCOME (ALL SOURCES) | 263,000 |
| TIME EMPLOYED | 5 yrs |
| MILITARY RANK | |

**DEALER USE ONLY**

● Finance ○ SmartLease ○ SmartBuy

● New ○ Used ○ Certified Used ○ Auction ○ PEP

● Car ○ Light Truck ○ Conversion ○ Commercial Use ○ Demo ○ Off-Lease ○ College Grad Plan ○ Lease Loyalty ○ Single Pymt. Lease ○ First Time Buyer

| Field | Entry |
|---|---|
| CASH SELLING PRICE | 63035 |
| MSRP | 51370 |
| EST. PAYMENT | INV= |
| SEC DEP | 45,855.83 |
| NET TRADE | TWO TRADES ∅ |
| (yr) TRADE-IN (make) | 01 FORD |
| TERM | [illegible] |
| MILEAGE (thousands) | |
| CASH/CAP RED/REBATE | 10000 |
| VEHICLE YR | 02 |
| MAKE | CHEV |
| MODEL CODE | |
| CAP COST OR UNPAID BAL | 53035 |
| MODEL DESCRIPTION | CORV. Z06 |
| CYL | |

Used Vehicle Options: ○ W/O Air ○ Sunroof ○ Tape/Disc ○ Cruise ○ Pwr Windows ○ Pwr Seats ○ 4 WD ○ Manual Trans ○ Alum/Wire Wheels ○ TTops

**CO-APPLICANT COMPLETES THIS SECTION**

LAST NAME OR BUSINESS NAME — DATE OF BIRTH (MMDDYY) / /

FIRST NAME — MI — SOCIAL SECURITY NUMBER or (TAX ID #)

CURRENT STREET NUMBER — CURRENT STREET NAME (MAILING ADDRESS) — PO BOX NUMBER

CITY — STATE — ZIP CODE

(AREA CODE) HOME PHONE - - ○ Own ○ Rent ○ Other ○ Family — MTG PAYMENT OR RENT — TIME AT ADDRESS

EMPLOYED BY or TYPE OF BUSINESS (if business application) — OCCUPATION

Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying

(AREA CODE) BUSINESS PHONE - - — GROSS ANNUAL INCOME (ALL SOURCES) , — TIME EMPLOYED yrs mos

EXHIBIT NO. Howell 1-9-0[illegible]

**SIGNATURES**

This application will be submitted to GMAC and (if this is a lease application) C.O.L. Trust, both at PO Box 1003, Horsham, PA 19044 and (if this is a purchase application) to Nuvell Credit Corp. (a GMAC affiliate) at PO BOX 242510, Little Rock, AR 72223, so that they may decide whether or not to purchase the transaction.

**Your Opt-Out Right:** If you want GMAC's vehicle financing division not to share non-public personal information about you related to this application with *affiliates and non-affiliated third parties*, you may opt out of information sharing, that is, you may direct us not to share information (other than as permitted by law). See the GMAC Privacy Notice for more information.

To opt-out now → ○ Fill in this circle to opt out of information sharing related to this application with affiliates and nonaffiliated third parties (other than sharing permitted by law). This opt-out covers applicant and any co-applicant.

See the other side for important notices. By signing below I certify that (1) I have read and agree to the terms of this application, including terms on the other side, and (2) I have received and read the GMAC Privacy Notice.

[signature] Date 4/13/02 — Applicant's Signature

Date — Co-Applicant's Signature

[illegible] 2001 Joint Express Application Copyright 2001 General Motors Acceptance Corporation. All Rights Reserved.

EXHIBIT "A"

MAKE CHECKS PAYABLE TO:

VEHICLE PURCHASED / VEHICLE TRADED / PURCHASED FROM (LESS)

Home Phone No. 302) 378-5745 Date 7/8/02

Name ... A. HOWELL

Address

City ... Zip Code 0501

Year 2002 Make Chevrolet

Serial No.

Floor Price $ ...

Adjusted Price of Vehicle $

Gross Trade Allowance $ 2,647.00

Subtotal (1) $

Taxable Rental Amount $

Taxable Amount $

Sales Tax (2) $ 1,295.30

Luxury Tax (3) $

Title / Tag / Transfer / (4) Notary Fee $ 175.00

Messenger Service / State New Tire Fee $ 5.00

Total (includes items 1,2,3,4,5 as applicable) $

TYPE OF DEPOSIT

Date 7/8/02 Del. Svc. YAZMINE ACOSTA

Amt. Rec. on Delivery $ CASH CHECK $2000.00

Type Dep. (Circle One) Cash RL OR Finance Amt. $

Del. Date Del. Svc.

Amt. Rec. on Delivery $ CASH $ CHECK

Reviewed By

A/C

Temp. Tag No. S/C

Rec'd. Change Cash Amt. Signature

TERMS AND CONDITIONS

**1. No Insurance.** This contract does not include insurance for bodily injury or property damage or other insurance of any kind. Buyer has sole responsibility for obtaining all insurance that may be necessary or desirable. Seller makes no representations or warranties concerning insurance matters.

**2. Buyer Representations / Agreements about Trade-ins.** Until Buyer delivers the trade-in to Seller's location, title to the trade-in and all responsibility for its operation will remain with the Buyer. Buyer represents and warrants that: (a) the trade-in is not a salvage vehicle and has not been damaged by fire, flood, water or ... (b) the title is not Branded and is free of all title defects (c) it does not have a damaged frame or damaged ... block, (d) at time of delivery to the Seller, it will be substantially the same condition as at the date of this contract, and (e) Buyer has good title to the vehicle. Buyer will deliver evidence of good title when the vehicle is delivered to the Seller, subject to no liens, except ... disclosed by the Buyer to the Seller. Buyer agrees that any lien payoff may be deducted from the Gross Trade Allowance shown on this contract. If the lien payoff is more than the allowance, Buyer agrees to pay any excess.

**3. Trade Allowance.** A trade-in vehicle will be appraised when it is delivered. If the appraisal is less than any trade allowance stated in this contract, Buyer may cancel this contract and receive a full refund.

**4. New Vehicle Warranty.** A manufacturer's limited warranty will be delivered to Buyer with any vehicle sold as new. No other warranty will be delivered. SELLER MAKES NO WARRANTY OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OR ANY OTHER WARRANTIES, WRITTEN OR ORAL, EXPRESS OR IMPLIED, OF ANY KIND.

**5. Used Vehicle - AS IS - NO WARRANTY.** Any vehicle sold as used is sold AS IS, WITH ALL FAULTS AND DEFECTS, and WITHOUT ANY WARRANTY OF ANY KIND, unless a written used car limited warranty is delivered to Buyer. BUYER CONFIRMS THAT BUYER HAS HAD AN OPPORTUNITY TO EXAMINE THE VEHICLE AS FULLY AS BUYER DESIRES. Except to the extent, if any, covered by a written limited used car warranty, BUYER MUST PAY ALL COSTS FOR ANY REPAIRS and Buyer assumes all risks of any mechanical failure or defect.

**6. Cash Reporting.** By Federal Law, cash payments over $10,000 requires a social security or employer identification number.

210659

TURN PAGE OVER FOR ADDITIONAL TERMS AND CONDITIONS.

**BUYER HAS GIVEN SPECIAL ATTENTION TO TERMS AND CONDITIONS #2, #4 AND #5 ABOVE. BUYER UNDERSTANDS THESE PROVISIONS FULLY.**

**Buyer has received a signed copy of this contract. Buyer intends to be legally bound.**

Buyer [signature]

Buyer [signature]

Pay-off Check No. Date

Amount $

Salesperson

RZ 138 Rev. 3/01

314