IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUCAR CONNECTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-210 |
| ) | |
| ALICE A. HOWELL, ) | |
| BURL A. HOWELL, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS

Plaintiff, through its legal counsel, hereby moves this court pursuant to Rule 11 to impose sanctions upon Defendants. In support of this position, Plaintiff represents the following:

1. Rule 11 imposes affirmative duties upon a party. His/her signature upon a pleading is a certification that there is an evidentiary basis for factual representation and that legal contentions are warranted by existing law or a nonfrivolous argument to extend the law.

> Rule 11(b) Representations to Court. By representing to the Court (whether by signing, filing, submitting, or later advocating) a pleading, written motion, or other paper, an attorney or unrepresented party is certifying that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, -
>
> (1) it is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;
>
> (2) the claims, defenses, and other legal contentions therein are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;
>
> (3) the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable

1

EXHIBIT
"D"

opportunity for further investigation or discovery; and

2. Defendants filed a Notice of Removal over two years past the statutory deadline.

3. Defendants filed a Notice of Removal when the action did not involve a federal issue or diversity.

4. Defendants' sole purpose was to delay in state court execution of the judgement against

**WHEREFORE** Plaintiff prays that sanctions be imposed against each Defendant pursuant to Rule 11.

_____
DOUGLAS A. SHACHTMAN
Douglas A. Shachtman & Associates
1200 Pennsylvania Avenue, Suite 302
Wilmington, DE 19806
(302) 655-1800
Attorney for Plaintiff

DATED: April 13, 2005