OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 23, 2006

Alice A. Howell
1128 Osceola Road
Drumore, PA 17518
717-548-2872

Burl A. Howell
1128 Osceola Road
Drumore, PA 17518
717-548-2872

RE: **NuCar Connection Inc., v. Alice A. Howell, and Burl A. Howell.**
    Civ. No.: 05-210 GMS

Dear Sir/Madame:

The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **counsel is asked to claim the sealed documents mentioned in the Order by September 7, 2006.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

*If counsel does not claim the documents that they filed by the above date*, the Clerk will <u>unseal</u> any sealed documents remaining and send them to the NARA in accordance with the Order.

To claim your sealed documents kindly **send an E-MAIL to our specially designated court address at:**

**returnsealeddocs@ded.uscourts.gov**

Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address. Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your e-mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. **An attorney or pro se party who is not a registered CM/ECF filer** may claim their sealed documents by writing me at the **Clerk's Office, at Lock Box 18, 844 North King Street, Wilmington, DE 19801**.

Sincerely,
By: /s/
Peter T. Dalleo
Clerk of Court

Enc. Partial Docket Sheet