CLOSED, PaperDocuments

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:05-cv-00210-GMS
# Internal Use Only

| | |
|---|---|
| NuCar Connection, Inc. v. Howell et al | Date Filed: 04/11/2005 |
| Assigned to: Honorable Gregory M. Sleet | Jury Demand: None |
| Case in other court: DE Common Pleas, 2002 08 521 | Nature of Suit: 190 Contract: Other |
| Cause: 15:1601 Truth in Lending | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| NuCar Connection Inc. | represented by | **Douglas A. Shachtman**<br>Douglas A. Shachtman & Associates<br>1200 Penna. Ave. #302<br>Wilmington, DE 19806<br>(302) 655-1800<br>Email: Douglas.Shachtman@Verizon.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| Alice A. Howell | represented by | **Alice A. Howell**<br>Alice A. Howell, Pro se<br>1128 Osceola Road<br>Drumore, PA 17518<br>717-548-2872<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| Burl A. Howell | represented by | **Burl A. Howell**<br>Burl A. Howell, Pro se<br>1128 Osceola Road<br>Drumore, PA 17518<br>717-548-2872<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2005 | 1 | NOTICE OF REMOVAL and copies of documents from DE Common Pleas, Case Number 2002-08-521 (Filing fee $ 250, receipt number 138810)- filed by Alice A. Howell, Burl A. Howell. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(els, ) |

| | | |
|---|---|---|
| | | (Entered: 04/13/2005) |
| 04/13/2005 | 2 | MOTION to Deny Removal re 1 Notice of Removal, - filed by NuCar Connection, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(dab, ) (Entered: 04/13/2005) |
| 04/19/2005 | 3 | Letter to Clerk of the Court from Defendants regarding filing of Motion to Strike. (dab, ) (Entered: 04/20/2005) |
| 04/19/2005 | 4 | MOTION to Strike 2 MOTION to Deny Approval re 1 Notice of Removal, - filed by Alice A. Howell, Burl A. Howell. (Attachments: # 1 SEALED Exhibit A# 2 Exhibit B)(dab, ) Modified on 8/1/2006 (rpg, ). (Entered: 04/20/2005) |
| 04/20/2005 | | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 04/20/2005) |
| 04/26/2005 | 5 | ORDER granting 2 Plaintiff's Motion to Deny Removal (which is construed as a Motion to Remand), denying 4 Defendants' Motion to Strike; and denying Plaintiff's request for attorney's fees. The Clerk is directed to REMAND this case back to the Court of Common Pleas for New Castle County, Delaware. Signed by Judge Gregory M. Sleet on 4/26/05. (mmm) (Entered: 04/26/2005) |
| 04/26/2005 | | CASE CLOSED. (mmm) (Entered: 04/26/2005) |
| 04/26/2005 | | EXIT RECORD consisting of certified copies of Order dated 4/26/05 (D.I. 5) and docket report to Clerk's Office, Court of Common Pleas for New Castle County, 500 King Street, Wilmington, DE 19801 on 4/26/05. (mmm) (Entered: 04/26/2005) |
| 05/03/2005 | 6 | MOTION to Amend/Correct 5 Order on Motion for Miscellaneous Relief, Order on Motion to Strike, MOTION for Reconsideration re 5 Order on Motion for Miscellaneous Relief,, Order on Motion to Strike, - filed by Alice A. Howell, Burl A. Howell. (SEALED Attachment: # 1 Exhibit)(mmm) (Entered: 05/04/2005) |
| 05/10/2005 | 7 | First RESPONSE to Motion re 6 MOTION to Amend/Correct 5 Order on Motion for Miscellaneous Relief,, Order on Motion to Strike, MOTION for Reconsideration re 5 Order on Motion for Miscellaneous Relief,, Order on Motion to Strike, MOTION for Reconsideration re 5 Order on Motion for Miscellaneous Relief,, Order on Motion to Strike, filed by NuCar Connection Inc.. (Attachments: # 1 Exhibit Affidavit# 2 Exhibit GMAC Credit Sale/Lease Application# 3 Exhibit Defendant's Motion to Strike# 4 Exhibit Plaintiff's Motion for Rule 11 Sanctions)(Shachtman, Douglas) (Entered: 05/10/2005) |
| 05/13/2005 | 8 | REPLY BRIEF re 6 MOTION to Amend/Correct 5 Order on Motion for Miscellaneous Relief, Order on Motion to Strike, MOTION for Reconsideration re 5 Order on Motion for Miscellaneous Relief, Order on Motion to Strike, MOTION for Reconsideration re 5 Order on Motion for Miscellaneous Relief, Order on Motion to Strike filed by Burl A. Howell. |

|  |  |  |
|---|---|---|
|  |  | (mmm) (Entered: 05/13/2005) |
| 05/19/2005 | 9 | ORDER denying 6 Motion to Amend/Correct, denying 6 Motion for Reconsideration . Signed by Judge Gregory M. Sleet on 5/19/05. (mmm) (Entered: 05/19/2005) |
| 06/30/2005 |  | CORRECTING ENTRY: edit Cause and add other court name and case number (els, ) (Entered: 06/30/2005) |
| 02/10/2006 |  | ***Set Paper Documents Flag (rbe, ) (Entered: 02/10/2006) |