Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
SEP 05 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Alice A. Howell
Burl A. Howell
1128 Osceola Road
Drumore, PA 17518

Not at this Address

MOVED

HOWE128    176 N1 1 605 C 06 09/01/06
HOWELL    RETURN TO SENDER
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 19801351918    *1127-00002-24-45

Neopost
$00.639
Mailed From 19801
08/24/2006
US POSTAGE
0493B2023030

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

ATTN:  RPG

BUSINESS REPLY MAIL
FIRST CLASS MAIL    PERMIT NO. 12615    WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE

U.S. DISTRICT COURT
BIN #18
844 N KING ST
WILMINGTON DE   19801-9956

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NuCar Connection Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-210-GMS |
| ) | |
| Alice A. Howell, and ) | |
| Burl A. Howell ) | |
| ) | |
| Defendants. ) | |

ORDER

This 23rd day of August, 2006, it appearing that:

1. All non-sealed and non-expunged records are forwarded to the National Archives and Records Administration (NARA) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2. The policy of this Court is that case records are forwarded to the NARA after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3. This case will be forwarded to the NARA after being held for the minimum period of six months.

4. During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

5. The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

*NOW*, therefore, *IT IS ORDERED* that:

1. When the Clerk prepares the record of the above-entitled case for subsequent transfer to the NARA, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2. On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3. Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4. Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the NARA in accordance with the Records Disposition Program.

5. After the designated date noted above, the Clerk shall arrange to forward the record of this case to the NARA in accordance with the policy of this Court.

United States District Judge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 23, 2006

Alice A. Howell
1128 Osceola Road
Drumore, PA 17518
717-548-2872

Burl A. Howell
1128 Osceola Road
Drumore, PA 17518
717-548-2872

RE: **NuCar Connection Inc., v. Alice A. Howell, and Burl A. Howell.**
Civ. No.: 05-210 GMS

Dear Sir/Madame:

The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **counsel is asked to claim the sealed documents mentioned in the Order by September 7, 2006.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

*If counsel does not claim the documents that they filed by the above date*, the Clerk will **unseal** any sealed documents remaining and send them to the NARA in accordance with the Order.

To claim your sealed documents kindly **send an E-MAIL to our specially designated court address at:**

**returnsealeddocs@ded.uscourts.gov**

Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address. Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your e-mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. **An attorney or pro se party who is not a registered CM/ECF filer** may claim their sealed documents by writing me at the **Clerk's Office, at Lock Box 18, 844 North King Street, Wilmington, DE 19801**.

Sincerely,
By: /s/
Peter T. Dalleo
Clerk of Court

Enc. Partial Docket Sheet

CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00210-GMS
### Internal Use Only

NuCar Connection, Inc. v. Howell et al
Assigned to: Honorable Gregory M. Sleet
Case in other court: DE Common Pleas, 2002 08 521
Cause: 15:1601 Truth in Lending

Date Filed: 04/11/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**NuCar Connection Inc.**    represented by **Douglas A. Shachtman**
Douglas A. Shachtman & Associates
1200 Penna Ave. #302
Wilmington, DE 19806
(302) 655-1800
Email: Douglas.Shachtman@Verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alice A. Howell**    represented by **Alice A. Howell**
Alice A. Howell, Pro se
1128 Osceola Road
Drumore, PA 17518
717-548-2872
PRO SE

**Defendant**

**Burl A. Howell**    represented by **Burl A. Howell**
Burl A. Howell, Pro se
1128 Osceola Road
Drumore, PA 17518
717-548-2872
PRO SE

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/11/2005 | 1 | NOTICE OF REMOVAL and copies of documents from DE Common Pleas, Case Number 2002-08-521 (Filing fee $ 250, receipt number 138810)- filed by Alice A. Howell, Burl A. Howell. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(els, ) |

| | | |
|---|---|---|
| | | (Entered: 04/13/2005) |
| 04/13/2005 | 2 | MOTION to Deny Removal re 1 Notice of Removal, - filed by NuCar Connection, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(dab, ) (Entered: 04/13/2005) |
| 04/19/2005 | 3 | Letter to Clerk of the Court from Defendants regarding filing of Motion to Strike. (dab, ) (Entered: 04/20/2005) |
| 04/19/2005 | 4 | MOTION to Strike 2 MOTION to Deny Approval re 1 Notice of Removal, - filed by Alice A. Howell, Burl A. Howell. (Attachments: # 1 SEALED Exhibit A# 2 Exhibit B)(dab, ) Modified on 8/1/2006 (rpg, ). (Entered: 04/20/2005) |
| 04/20/2005 | | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 04/20/2005) |
| 04/26/2005 | 5 | ORDER granting 2 Plaintiff's Motion to Deny Removal (which is construed as a Motion to Remand), denying 4 Defendants' Motion to Strike; and denying Plaintiff's request for attorney's fees. The Clerk is directed to REMAND this case back to the Court of Common Pleas for New Castle County, Delaware. Signed by Judge Gregory M. Sleet on 4/26/05. (mmm) (Entered: 04/26/2005) |
| 04/26/2005 | | CASE CLOSED. (mmm) (Entered: 04/26/2005) |
| 04/26/2005 | | EXIT RECORD consisting of certified copies of Order dated 4/26/05 (D.I. 5) and docket report to Clerk's Office, Court of Common Pleas for New Castle County, 500 King Street, Wilmington, DE 19801 on 4/26/05. (mmm) (Entered: 04/26/2005) |
| 05/03/2005 | 6 | MOTION to Amend/Correct 5 Order on Motion for Miscellaneous Relief, Order on Motion to Strike, MOTION for Reconsideration re 5 Order on Motion for Miscellaneous Relief,, Order on Motion to Strike, - filed by Alice A. Howell, Burl A. Howell. (SEALED Attachment: # 1 Exhibit)(mmm) (Entered: 05/04/2005) |
| 05/10/2005 | 7 | First RESPONSE to Motion re 6 MOTION to Amend/Correct 5 Order on Motion for Miscellaneous Relief,, Order on Motion to Strike, MOTION for Reconsideration re 5 Order on Motion for Miscellaneous Relief,, Order on Motion to Strike, MOTION for Reconsideration re 5 Order on Motion for Miscellaneous Relief,, Order on Motion to Strike, filed by NuCar Connection Inc.. (Attachments: # 1 Exhibit Affidavit# 2 Exhibit GMAC Credit Sale/Lease Application# 3 Exhibit Defendant's Motion to Strike# 4 Exhibit Plaintiff's Motion for Rule 11 Sanctions)(Shachtman, Douglas) (Entered: 05/10/2005) |
| 05/13/2005 | 8 | REPLY BRIEF re 6 MOTION to Amend/Correct 5 Order on Motion for Miscellaneous Relief, Order on Motion to Strike, MOTION for Reconsideration re 5 Order on Motion for Miscellaneous Relief, Order on Motion to Strike, MOTION for Reconsideration re 5 Order on Motion for Miscellaneous Relief, Order on Motion to Strike filed by Burl A. Howell. |

|            |     |                                                                                                                                                 |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | (mmm) (Entered: 05/13/2005)                                                                                                                     |
| 05/19/2005 | 9   | ORDER denying 6 Motion to Amend/Correct, denying 6 Motion for Reconsideration . Signed by Judge Gregory M. Sleet on 5/19/05. (mmm) (Entered: 05/19/2005) |
| 06/30/2005 |     | CORRECTING ENTRY: edit Cause and add other court name and case number (els, ) (Entered: 06/30/2005)                                             |
| 02/10/2006 |     | ***Set Paper Documents Flag (rbe, ) (Entered: 02/10/2006)                                                                                       |

```
MIME-Version:1.0
From:ded_nefreply@ded.uscourts.gov
To:ded_ecf@ded.uscourts.gov
Bcc:Douglas.Shachtman@Verizon.net,gms_nef@ded.uscourts.gov
Message-Id:<263071@ded.uscourts.gov>
Subject:Activity in Case 1:05-cv-00210-GMS NuCar Connection, Inc. v. Howell et al "O
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rpg, entered on 8/24/2006 at 9:26 AM EDT and filed on 8/23/2006

**Case Name:** NuCar Connection, Inc. v. Howell et al
**Case Number:** 1:05-cv-210
**Filer:**
**WARNING: CASE CLOSED on 04/26/2005**
**Document Number:** 10

**Docket Text:**
ORDER (including procedural letter and docket sheet), directing the return of sealed documents to the filing parties. Signed by Judge Gregory M. Sleet on 8/23/06. (Attachments: # (1) Letter to pro se party # (2) Partial Docket Sheet)(rpg, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/24/2006] [FileNumber=263069-0]
[c5fb4cde093d14b8306a5cb7d3c9fe94f8a7d81fd997473a00c2e2272ecfce8a0879
5b59b3f0c96485052c25544b1509a1743a62235d310806776ce72d23cb18]]
**Document description:** Letter to pro se party
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/24/2006] [FileNumber=263069-1]
[deef1e7060df4a8b586d9b68bed10fd36ad9478887414b6668296d7af93e108c569a
12d8f8aaf1e57d41b983dac7b46b6ad53a115982d3fe565f320c52e0d92a]]
**Document description:** Partial Docket Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/24/2006] [FileNumber=263069-2]
[0ed5a7b09ba8dc3084fe2f19a0a6ba0be5ec4347c19a0abcb217f656e3aebd74bd42

787e5913c91b516c00ae8b6ba714fdc10d91202d57c6ab674368a1147133]]

**1:05-cv-210 Notice will be electronically mailed to:**

Douglas A. Shachtman    Douglas.Shachtman@Verizon.net

**1:05-cv-210 Notice will be delivered by other means to:**

Alice A. Howell
Alice A. Howell, Pro se
1128 Osceola Road
Drumore, PA 17518

Burl A. Howell
Burl A. Howell, Pro se
1128 Osceola Road
Drumore, PA 17518